# Order

Michigan Supreme Court
Lansing, Michigan

October 22, 2014

149258

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ANDREW BERNARD KEITH,
　　　　Defendant-Appellant.

SC: 149258
COA: 320370
Wayne CC: 13-003211-FC

_____/

　　　　On order of the Court, the application for leave to appeal the April 10, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

　　　　CAVANAGH, KELLY, and MCCORMACK, JJ., would grant leave to appeal.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

p1015